## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

August 4, 2016

**VIA ECF**
Honorable Anne E. Thompson
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ, 08608

RE:     **US v. Babar Qureshi, Crim No. 13-619(AET)**

Dear Judge Thompson,

    As Your Honor is aware, Mr. Qureshi is scheduled for sentencing on September 23, 2016 at 11:00 AM. We are requesting an adjournment of this matter as I have been ordered by Judge Abraham Clott, New York County Supreme Court, to begin a murder trial on September 12, 2016. We request any day convenient for the Court in the month of December. We have spoken to Assistant United States Attorney Zach Intrater and he has no objection to this request.

    Thank you for the courtesy Your Honor has already extended in this and all matters.

Respectfully,

Alex Spiro