UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON                                              DATE: 01/25/2017
JUDGE ANNE E. THOMPSON
COURT RECORDER: K. STILLMAN

TITLE OF CASE:                                               CR 13-619-01
UNITED STATES OF AMERICA
          v.
BABAR QURESHI
          DEFENDANT PRESENT.

**APPEARANCES:**
Zach Intrater, AUSA, Daniel Shapiro, AUSA, and Sarah Devlin, AUSA, for government
Alexander Spiro, Esq., for defendant
Maryellyn Muller, Probation Officer

**NATURE OF PROCEEDINGS:**
SENTENCING ON Count 1 of Indictment.
Imprisonment: 46 months.
Supervised Release: 5 years.
Fine: waived.
Special Assessment: $100.
Defendant advised of right to appeal.
[335] Motion for Forfeiture granted. Order filed.
ORDERED counts 15, 16 and 22 are dismissed on motion by the government.
ORDERED bail continued.

Time commenced: 11:15 am
Time Adjourned: 12:40 pm
Total Time: 1 hour 25 minutes

                                                   /s/ Ann Dello Iacono
                                                   **DEPUTY CLERK**